UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Herbert Freitag,

                Plaintiff,            NOTICE OF APPEAL

v.

Capital One Services, LLC,        Case No. 15 CV 810

                Defendant.

      Notice is hereby given that Herbert Freitag, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment entered in favor of Defendant, Capital One Services, LLC, and against Plaintiff Herbert Freitag granting Defendant's motion for summary judgment and dismissing this case on June 23, 2017.

Dated: 7/20/17

                                            BAKKE NORMAN, S.C.

                                By: _____
                                         Peter M. Reinhardt
                                         Attorney No. 1025187
                                         2919 Schneider Avenue SE, P.O. Box 280
                                         Menomonie, WI 54751-0280
                                         (715) 235-9016
                                         preinhardt@bakkenorman.com

                                         Attorneys for Herbert Freitag